**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

|                                              |        |                       |
|----------------------------------------------|--------|-----------------------|
| HUMAN GENOME SCIENCES, INC.,                 | )      |                       |
|                                              | )      |                       |
| Plaintiff,                                   | )      | C.A. No. 11-082-LPS   |
|                                              | )      |                       |
| v.                                           | )      |                       |
|                                              | )      |                       |
| GENENTECH, INC., and CITY OF HOPE,           | )      |                       |
|                                              | )      |                       |
| Defendants.                                  | )      |                       |

**MOTION OF DEFENDANTS GENENTECH, INC. AND CITY OF HOPE TO DISMISS
THE COMPLAINT, OR, IN THE ALTERNATIVE, TO TRANSFER TO THE CENTRAL
DISTRICT OF CALIFORNIA, OR STAY**

Defendants Genentech, Inc. and City of Hope hereby move this Court, in accordance with

Fed. R. Civ. P. 12(b)(2), (3) and (7), to dismiss Plaintiff's complaint.  In the alternative,

Defendants Genentech, Inc. and City of Hope move to dismiss, transfer this case to the United

States District Court for the Central District of California, or stay this case in favor of litigation

already pending in that court.  This motion is based upon the accompanying Opening Brief in

Support of Defendants Genentech, Inc. and City Of Hope's Motion to Dismiss the Complaint, or,

in the Alternative, to Transfer to the Central District Of California, or Stay and upon the papers,

records and pleadings on file with this Court in this case.

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Daralyn Durie
Ragesh K. Tangri
Joshua H. Lerner
Genevieve Rosloff
Durie Tangri LLP
217 Leidesdorff Street
San Francisco, CA 94111-3007
(415) 362-6666

Dated:  February 10, 2011
1000783

By:  /s/ *Philip A. Rovner*
        Philip A. Rovner (#3215)
        Jonathan A. Choa (#5319)
        Hercules Plaza
        P. O. Box 951
        Wilmington, DE  19899
        (302) 984-6000
        provner@potteranderson.com
        jchoa@potteranderson.com

*Attorneys for Defendants*
*Genentech, Inc. and City of Hope*

2

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, Philip A. Rovner, hereby certify that, on February 10, 2011, the within

document was electronically filed with the Clerk of the Court using CM-ECF which will send

notification of such filing to the following; that the document was served on the following

counsel as indicated; and the document is available for viewing and downloading from CM-ECF:

### BY CM/ECF AND EMAIL

Adam W. Poff, Esq.
Monte T. Squire, Esq.
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
100 West Street, 17th Floor
Wilmington, DE  19899
apoff@ycst.com
msquire@ycst.com

*/s/ Philip A. Rovner*
Philip A. Rovner (#3215)
Potter Anderson & Corroon LLP
Hercules Plaza
P. O. Box 951
Wilmington, DE 19899
(302) 984-6000
provner@potteranderson.com

976598