# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HUMAN GENOME SCIENCES, INC., ) | |
| ) | |
| Plaintiff, ) | C.A. No. 11-082-LPS |
| ) | |
| v. ) | |
| ) | |
| GENENTECH, INC. and CITY OF HOPE, ) | |
| ) | |
| Defendants. ) | |

## DECLARATION OF STEPHANIE MENDELSOHN IN SUPPORT OF DEFENDANTS GENENTECH, INC. AND CITY OF HOPE'S MOTION TO DISMISS THE COMPLAINT, OR, IN THE ALTERNATIVE, TO TRANSFER TO THE CENTRAL DISTRICT OF CALIFORNIA, OR STAY

OF COUNSEL:

Daralyn Durie
Ragesh K. Tangri
Joshua H. Lerner
Genevieve Rosloff
Durie Tangri LLP
217 Leidesdorff Street
San Francisco, CA 94111-3007
(415) 362-6666

Dated: February 10, 2011

Philip A. Rovner (#3215)
Jonathan A. Choa (#5319)
POTTER ANDERSON & CORROON LLP
Hercules Plaza
P. O. Box 951
Wilmington, DE 19899
(302) 984-6000
provner@potteranderson.com
jchoa@potteranderson.com

*Attorneys for Defendants
Genentech, Inc. and City of Hope*

I, Stephanie Mendelsohn, declare as follows:

I am an employee of Genentech, Inc. ("Genentech"), a defendant in this matter. My title is Director, Corporate Records. I have personal knowledge of the facts contained herein because in my role as Director, Corporate Records, I familiarize myself with the location of records that are kept in the course of regularly conducted business at Genentech. If called to testify, I could and would testify to these facts under oath.

1. Genentech is a biomedical research company dedicated to discovering, developing and commercializing medicines to treat patients with life-threatening diseases, including cancer. Genentech is a for-profit corporation organized under the laws of the State of Delaware.

2. Genentech's principal place of business is South San Francisco, California.

3. All of Genentech's records related to the Cabilly II patent are maintained in California; none are maintained in Delaware.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct. Executed this 8 day of February, 2011, at South San Francisco, California.

*Stephanie Mendelsohn*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, Philip A. Rovner, hereby certify that, on February 10, 2011, the within document was electronically filed with the Clerk of the Court using CM-ECF which will send notification of such filing to the following; that the document was served on the following counsel as indicated; and the document is available for viewing and downloading from CM-ECF:

## BY CM/ECF AND EMAIL

Adam W. Poff, Esq.
Monte T. Squire, Esq.
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
100 West Street, 17th Floor
Wilmington, DE 19899
apoff@ycst.com
msquire@ycst.com

/s/ Philip A. Rovner
Philip A. Rovner (#3215)
Potter Anderson & Corroon LLP
Hercules Plaza
P. O. Box 951
Wilmington, DE 19899
(302) 984-6000
provner@potteranderson.com

976598