# EXHIBIT C

| | |
|---|---|
| From: | Craig A Benson/PaulWeiss |
| To: | "Ferri, Lisa M." <LFerri@mayerbrown.com> |
| Cc: | "Nolan, Brian W." <BNolan@mayerbrown.com>, ddurie@durietangri.com, "Mann, Elizabeth" <EMann@mayerbrown.com>, Jayson L Cohen/PaulWeiss@PaulWeiss, John E Nathan/PaulWeiss@PaulWeiss, Kenneth A Gallo/PaulWeiss@PaulWeiss, "McCormick, Richard J." <RMcCormick@mayerbrown.com>, Sean A O'Donnell/PaulWeiss@PaulWeiss |
| Date: | 01/28/2011 01:50 PM |
| Subject: | RE: GSK v. Genentech & City of Hope |

Lisa:

I had expected to hear from you today, per your email below, as to whether GSK will consent to our filing our amended answer and counterclaims. I've contacted your office and understand you are in a meeting. Please call me at your earliest convenience. If I do not hear from you shortly, I will phone one of the other Mayer Brown lawyers on this email chain to learn GSK's position.

    Thanks,
    Craig

**Craig Benson | Partner**
**Paul, Weiss, Rifkind, Wharton & Garrison LLP**
2001 K Street, NW | Washington, DC 20006-1047
(202) 223-7343 (Direct Phone) | (202) 204-7343 (Direct Fax)
cbenson@paulweiss.com | www.paulweiss.com

| | |
|---|---|
| From: | "Ferri, Lisa M." <LFerri@mayerbrown.com> |
| To: | Craig A Benson/PaulWeiss@PaulWeiss |

1

Cc: Kenneth A Gallo/PaulWeiss@PaulWeiss, John E Nathan/PaulWeiss@PaulWeiss, Jayson L Cohen/PaulWeiss@PAULWEISS, Sean A O'Donnell/PaulWeiss@PAULWEISS, ddurie@durietangri.com, "Mann, Elizabeth" <EMann@mayerbrown.com>, "Nolan, Brian W." <BNolan@mayerbrown.com>, "McCormick, Richard J." <RMcCormick@mayerbrown.com>
Date: 01/24/2011 12:39 PM
Subject: RE: GSK v. Genentech & City of Hope

Craig,

We have conferred with our client regarding your request below. Due to the nature of the request and the short timeframe presented, we will not be in a position to provide an answer by the close of business today. GSK is presently considering your request and will be in a position to respond by the end of this week.

Best regards,
Lisa M. Ferri
Mayer Brown LLP
1675 Broadway
New York, New York 10019
T 212 506-2340  F 212 849-5940
lferri@mayerbrown.com

**From:** Craig A Benson [mailto:CBenson@paulweiss.com]
**Sent:** Friday, January 21, 2011 3:27 PM
**To:** Ferri, Lisa M.; Mann, Elizabeth; Nolan, Brian W.
**Cc:** Kenneth A Gallo; John E Nathan; Jayson L Cohen; Sean A O'Donnell; ddurie@durietangri.com
**Subject:** GSK v. Genentech & City of Hope

Counsel:

Pursuant to Local Rule 7-3, we write to inform you that Genentech and City of Hope intend to file the attached amended answer and counterclaims in the above-referenced case. Please let us know, by close of business Monday, whether you will consent to its filing, or whether we must file a motion to seek leave of court.

Thanks,
Craig

**Craig Benson | Partner**
Paul, Weiss, Rifkind, Wharton & Garrison LLP
2001 K Street, NW | Washington, DC 20006-1047
(202) 223-7343 (Direct Phone) | (202) 204-7343 (Direct Fax)
cbenson@paulweiss.com | www.paulweiss.com

This message is intended only for the use of the Addressee and may
contain information that is privileged and confidential. If you are not the
intended recipient, you are hereby notified that any dissemination of this
communication is strictly prohibited. If you have received this communication
in error, please erase all copies of the message and its attachments and
notify us immediately.

IRS CIRCULAR 230 NOTICE. Any tax advice expressed above by Mayer Brown LLP was not intended or

written to be used, and cannot be used, by any taxpayer to avoid U.S. federal tax penalties. If such advice was written or used to support the promotion or marketing of the matter addressed above, then each offeree should seek advice from an independent tax advisor.

This email and any files transmitted with it are intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the system manager. If you are not the named addressee you should not disseminate, distribute or copy this e-mail.

```
This message is intended only for the use of the Addressee and may
contain information that is privileged and confidential.  If you are not the
intended recipient, you are hereby notified that any dissemination of this
communication is strictly prohibited.  If you have received this communication
in error, please erase all copies of the message and its attachments and
notify us immediately.
```